UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. vs. Anthony Leon Moore**   Docket No. 4:11-CR-57-1BO

**Petition for Action on Supervised Release**

COMES NOW C. Lee Meeks, Jr., U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Anthony Leon Moore, who, upon an earlier plea of guilty to Conspiracy To Distribute and Possess With the Intent to Distribute 28 Grams or More of Cocaine (Crack), in violation of 21 U.S.C. § 846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on March 15, 2012, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 4 years.

Anthony Leon Moore was released from custody on December 5, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On January 10, 2015, the defendant was charged with Driving While Impaired and Driving While License Revoked in Carteret County, North Carolina. The charges remain pending. According to the citation, Moore submitted to a breathalyzer test that registered a .16 blood alcohol content. When confronted with the violations, the defendant admitted his conduct and apologized for his actions.

As a sanction for the violations, the probation officer respectfully recommends the conditions of supervised release be amended to include a 60-day term of home detention, with electronic monitoring. In consideration of the defendant's financial status, it is recommended the government pay for the monitoring services. Additionally, Moore has been referred for a substance abuse assessment at PORT Human Services in New Bern, North Carolina.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision

Anthony Leon Moore
Docket No. 4:11-CR-57-1BO
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 60 consecutive days. The defendant shall be restricted to residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,
/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.
/s/ C. Lee Meeks, Jr.
C. Lee Meeks, Jr.
U.S. Probation Officer
200 Williamsburg Pkwy Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5105
Executed On: February 2, 2015

### ORDER OF THE COURT

Considered and ordered this __19__ day of __February__, 2015 and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge